IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00230-REB-MJW

MICHELLE JIMENEZ,

Plaintiff(s),

v.

ACADEMY COLLECTION SERVICE, INC.,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

 It is hereby ORDERED that the Stipulated Motion for Entry of Protective Order (docket no. 12) is GRANTED finding good cause shown. The written Protective Order is APPROVED and made an Order of Court.

Date: March 30, 2009